**329 So.2d 582**

**In re Jerry SPEARS**

v.

**STATE.**

**Ex parte Jerry Spears.**

**SC 1767.**

Supreme Court of Alabama.

April 9, 1976.

David A. Rains, Fort Payne, for petitioner.

No appearance for the State.

ALMON, Justice.

Petition of Jerry Spears for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in *Spears v. State,* 57 Ala.App. 525, 329 So.2d 579.

WRIT DENIED.

HEFLIN, C. J., and BLOODWORTH, FAULKNER and EMBRY, JJ., concur.

■

**323 So.2d 367**

**In re W. J. SPEIGLE**

v.

**CHRYSLER CREDIT CORPORATION, a corporation, et al.**

**Ex parte W. J. Speigle.**

**SC 1543.**

Supreme Court of Alabama.

Nov. 26, 1975.

John Martin Galese, Birmingham, for petitioner.

No appearance for respondent.

BLOODWORTH, Justice.

Petition of W. J. Speigle for Certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in *Speigle v. Chrysler Credit Corp., a Corp. et al.,* 56 Ala.App. 469, 323 So.2d 360.

Writ denied.

HEFLIN, C. J., and FAULKNER, ALMON and EMBRY, JJ., concur.